UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| RICHARD O'HARA, | Civil No. 05-2321 (MJD/JJG) |
| Petitioner, | |
| v. | **ORDER** |
| MARTY ANDERSON, Warden, | |
| Respondent. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is DISMISSED for lack of jurisdiction.

Dated: November 22, 2005

                                                  s / Michael J. Davis
                                                MICHAEL J. DAVIS
                                                Judge, U.S. District Court